## CIRCUIT COURT OF THE CITY OF ALEXANDRIA

Benoit

v.

Board of Zoning Appeals et al.

September 8, 1987

Case No. (Law) 11790

By JUDGE ALFRED D. SWERSKY

I have received Ms. Beach's Objection to the admissibility of the two exhibits referred to in my letter of August 31, 1987. The objection will be overruled, and upon a proper certification that they are part of all the papers acted upon by the Board in rendering its decision pursuant to 15.1-497, they will be made a part of the record.

It is clear that the statutory scheme for the appeals of these decisions does not contemplate a "chain of custody" requirement for the record to be forwarded to the Court. The requirement is that the papers reflect the findings underlying the Board's decision. *Packer v. Hornsby*, 221 Va. 117, at 121 (1980).

Mr. Murphy should see that a proper certification is made as to these exhibits and an appropriate order should be forwarded making them a part of the record and preserving Petitioner's objection.